UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID L. WEIK,<br><br>          Plaintiff,<br><br>vs.<br><br>JIM ASBY, ET AL, individually; AND TERESA POSIO, individually; AND, T&J WOOD PRODUCTS LLC; AND, RYDEL PETERSON, individually; AND, DOES I-X; JANE DOES I-X; JOHN DOES I-X; CORPORATION I-X; XYZ PARTNERSIHPS I-X,<br><br>          Defendants. | Case No. CV-24-106-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated October 30, 2024, Doc. 23.

    Dated this 30th day of October, 2024.

                             TYLER P. GILMAN, CLERK

                             By: /s/ Sarah Nagy
                             Sarah Nagy, Deputy Clerk