UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID L. WEIK,<br><br>                Plaintiff,<br><br>vs.<br><br>JIM ASBY, ET AL, individually; AND TERESA POSIO, individually; AND, T&J WOOD PRODUCTS LLC; AND, RYDEL PETERSON, individually; AND, DOES I-X; JANE DOES I-X; JOHN DOES I-X; CORPORATION I-X; XYZ PARTNERSIHPS I-X,<br><br>                Defendants. | Case No. CV-24-106-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated November 1, 2024, Doc. 26.

Dated this 1st day of November, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Sarah Nagy
                              Sarah Nagy, Deputy Clerk